# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ, ) | NO. ED CV 12-0943 SJO (FMO) |
|           Petitioner, ) | |
|           v. ) | **JUDGMENT** |
| CA DEPT. OF CORRECTIONS, et al., ) | |
|           Respondents. ) | |

     IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 24, 2012.

*/s/ S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE